### 17207.   COHRAN *v.* THE STATE.

BROYLES, C. J.  The evidence authorized the jury to find the defendant guilty of an attempt to sell whisky in Douglas county, Georgia, within two years of the finding of the indictment.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MAY 12, 1926.

Conviction of attempt to sell intoxicating liquor; from Douglas superior court—Judge Irwin.   February 2, 1926.

*J. R. Hutcheson,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.

---

Intoxicating Liquors, 33 C. J. p. 765, n. 6 New.

---

### 17209.   MIDDS *v.* THE STATE.

LUKE, J.  This case is here upon the sole assignment of error that the evidence did not authorize the verdict.  The defendant's conviction was amply authorized; indeed the jury could not have returned any other verdict.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 12, 1926.

Accusation of operating automobile at unlawful speed; from city court of Macon—Judge Hall.   January 16, 1926.

*W. A. McClellan,* for plaintiff in error.

*Roy W. Moore, solicitor,* contra.